Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Frankie Karen Washington,** | CASE NO. CV 03-5921-GHK (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Cedric Washington,** | |
| Defendant. | |

Pursuant to our October 19, 2007 Order granting summary judgment in favor of Defendants Officer Wren and the City of Los Angeles, and the January 29, 2009 Jury Verdict in favor of Defendant Cedric Washington, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by her Sixth Amended Complaint.

**IT IS SO ORDERED.**

DATED: January 30, 2009

GEORGE H. KING
United States District Judge